UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

SHELDON JAMES BIDDLE
a/k/a TyrantKiller76

CASE NO. 6:25-cr-162-RBD- DCI
18 U.S.C. § 871(a)
(Threat to Kill the President of the United States)
18 U.S.C. § 875(c)
(Interstate Transmission of Threat to Injure)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Threat to Kill President of the United States)

Beginning no later than February 22, 2025 and continuing through no later than April 7, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SHELDON JAMES BIDDLE,
a/k/a TyrantKiller76,

did knowingly and willfully make threats to take the life of and inflict bodily harm upon the President of the United States in a series of online posts, in that the defendant wrote, among other things, "I promise to kill all the tryrants," "Do I have to fuckin kill someone to get attention?" "So If say someone should kill…@realDonaldTrump for betraying Americans & enforcing tyranny I'm the bad guy?" "1 man fighting tyrants by himself will, be labeled a domestic terrorist. That's why I encourage people to join me, we have strength in numbers," "@real DonaldTrump Shut up before you end up like Kennedy you fuckin Jews worshipping tyrant," "your going to get

assassinated if you keep betraying Americans," and "Trump is gonna get assassinated for being a treasonous traitor," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 871(a).

## COUNT TWO
### (Interstate Transmission of Threat to Injure)

Beginning no later than April 2, 2025 and continuing through no later than April 3, 2025, in the Middle District of Florida, and elsewhere, the defendant,

**SHELDON JAMES BIDDLE,**
a/k/a TyrantKiller76

did knowingly and willfully, and with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, did transmit in interstate commerce a threat to injure the person of another, specifically United States Congressman 1, in that the defendant wrote, among other things, "Where's [United States Congressman 1's] house?? I wanna 'hold up a sign' across the street from his house," "where's your house? I wanna give you something," "I'm warning you now, stop being a tyrant & fucking over Americans or else you will not like what happens," and "Thomas Jefferson would have killed you already, so you better quit acting like Jews are more important than Americans. YOU WILL BE PUNISHED FOR MOCKING JESUS IN THE TALMUD YOU DISGUSTING [EXPLETIVE]."

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1. The allegations contained in Count Two of the Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: /s/ Rachel Lasry
RACHEL LASRY
Assistant United States Attorney

By: /s/ Rachel Lasry for
KARA WICK
Assistant United States Attorney
Deputy Chief, National Security Division

4

FORM OBD-34
10/9/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

SHELDON JAMES BIDDLE

INDICTMENT

Violation: 18 U.S.C. § 871(a) and 18 U.S.C. § 875(c)

A true bill,



Foreperson

Filed in open court this  9th day

of October, 2025.

_____
Clerk

Bail   $_____

GPO 863 525