UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:25-cr-162-RBD-DCI**

**SHELDON JAMES BIDDLE**

AUSA: Courtney Richardson-Jones
Defense Attorney: James T. Skuthan, FPD

| Judge: | **ROY B. DALTON, JR.** United States District Judge | Date and Time: | **July 14, 2026** 1:30 P.M. – 1:46 P.M. |
|---|---|---|---|
| Deputy Clerk: | Estrella Melians | Reporter: | Suzanne Trimble trimblecourtreporter@ outlook.com |
| Interpreter: | N/A | Pretrial/Prob: | Stephen Billig |
| Total Time: | 16 Minutes | | |

### CLERK'S MINUTES – SENTENCING (DAY 2)

Case called; appearances made.

The Court sustains the Defendant's objections to a two-level enhancement as stated on the record.

Defendant is adjudged guilty as to Counts One and Two of the Superseding Indictment.

**PROBATION**: 12 MONTHS. This term consists of a 12-month term as to Counts One and Two, both terms to run concurrently.

**SPECIAL CONDITIONS OF PROBATION**:
- Drug Aftercare
- Home Detention w/Electronic Monitoring (6 months)
- Mental Health Treatment
- No contact with Victims
- Collection of DNA
- Mandatory drug testing imposed

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $200.00, due immediately.

**DISMISSAL**: It is ordered that the underlying Indictment be **DISMISSED** on the motion of the United States.

The defendant shall report immediately to the United States Probation Office on the first floor for further instructions.

Defendant advised of right to appeal.

Court is adjourned.